UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOUTHWESTERN CONSTRUCTION INC, <br><br> Plaintiff, <br><br> v. <br><br> C4 ENGINEERING & INTEGRATION LLC, *et al.*, <br><br> Defendants. | CASE NO. C19-0578-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court pursuant to the parties' stipulation and proposed order vacating the entry of default and dismissing the action without prejudice (Dkt. No. 26). Finding good cause, the Court hereby VACATES the entry of default against Defendant C4 Engineering and Integration, LLC ("C4"). *See* Fed. R. Civ. P. 55(c).

Plaintiff Southwestern Construction, Inc., and Defendants Hartford Insurance Company and Sentinel Insurance Company have filed a stipulation to a dismissal without prejudice. (*See* Dkt. No. 26). Defendant C4 has not appeared in this action. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties' stipulation is self-executing, and this action is DISMISSED without prejudice and without an award of costs or attorney fees to either party.

1 | The Clerk is directed to CLOSE this case.

2 | DATED this 18th day of October 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk